O. P. Curran, Jr., appellee, v. Carl Thogersen and Hans C. Ericksen, trading as Thogersen & Ericksen, appellants. Gen. No. 25,943. Action for commissions on exchange of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 7, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Martin & Martin, for appellants. Beach & Beach, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Robert Boak, appellant, v. Robert Shannon, appellee. Gen. No. 25,967. Action for damage to plaintiff's automobile in a collision with defendant's truck. Judgment for defendant in circuit court on appeal from a judgment for plaintiff in justice's court. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 7, 1921.

Victor M. Harding, for appellant. James M. Devaney and Frank J. Wise, for appellee; James M. Devaney, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Helen Meerschaert, appellee, v. Abraham Friedman, appellant. Gen. No. 25,993. Action for personal injuries sustained in a collision between defendant's truck and an automobile in which plaintiff was riding. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. DeWitt T. Hartwell, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 7, 1921. Rehearing denied November 21, 1921.

Ryan, Condon & Livingston, for appellant. C. Helmer Johnson, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

John S. Van Bergen, appellant, v. Frederick W. Ries, appellee. Gen. No. 26,523. Petition for vacation of a judgment against appellee in favor of appellant for services as architect. Order vacating judgment granted. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed November 7, 1921.

Clayton Wiley Mogg, for appellant. Charles R. Napier, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

A. Levine & Company, appellee, v. Interstate Hotel Company, appellant. Gen. No. 25,900. Action for damages for breach of contract for the sale of materials. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 7, 1921.

Schwartz & Schwartz, for appellant; Ulysses S. Schwartz, of counsel. Mathias & Sullivan, for appellee; Louis J. Victor, of counsel.

Mr. Justice McSurely delivered the opinion of the court.